■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRES GONZALEZ, Appellant. [718 NYS2d 311] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered December 18, 1997, convicting defendant, after a jury trial, of assault in the second degree, and sentencing him, as a second felony offender, to a term of 4½ years, unanimously affirmed.

The court's *Sandoval* ruling, which permitted cross-examination concerning fifteen larceny-related convictions, without any reference to the underlying facts of those convictions, and which denied inquiry into two prior assault convictions and a prior arson conviction, balanced the appropriate factors and was a proper exercise of discretion (*see People v Walker*, 83 NY2d 455, 458-459; *People v Cooper*, 249 AD2d 141, *affd* 92 NY2d 968). We note that the larceny-related convictions were both highly relevant to credibility and dissimilar to the crime with which defendant was charged. Concur—Nardelli, J. P., Tom, Mazzarelli, Wallach and Rubin, JJ.